UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:06CR217 ERW |
| ) | (MLM) |
| DORIAN M. YATES, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

In view of the filing of the Order Setting Conditions of Release (Docket No. 19),

**IT IS HEREBY ORDERED** that the Motion of Defendant to Change Conditions of His Bond (filed April 1, 2006/Docket No. 12) is denied as moot.

*Frederick R. Buckles*
_____
UNITED STATES MAGISTRATE JUDGE

Dated this 21st day of April, 2006.